IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
ex rel. KENNETH R. BALDRIDGE                                            PLAINTIFF

v.                                   No. 4:01CV00204 GH

LEE COLWELL, ET AL.                                                     DEFENDANTS

## ORDER

Pending before the Court is plaintiff's August 8th motion to nonsuit. Defendants' counsel advised the Court's law clerk by telephone on August 9th that they had no objection to the nonsuit and this order could reflect that fact. In addition, the United States,[1] pursuant to 31 U.S.C. §3730(b)(1), filed a response on August 11th providing written consent to the nonsuit without prejudice to the government.

Accordingly, plaintiff's August 8th motion (#51) to nonsuit is hereby granted. The case is dismissed without prejudice. With this dismissal, the defendants' August 1st first motion (#49) to compel has been rendered moot.

IT IS SO ORDERED this 12th day of August, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

---

[1] By notice filed on November 28, 2001, the government elected to decline intervention, but requested that its written consent be obtained prior to the Court ruling or granting approval should the plaintiff or defendant propose the action be dismissed or settled.